UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 7:19-cv-05250-NSR

TETRA IMAGES, LLC,

    Plaintiff,

v.

GRAHALL PARTNERS, LLC AND
GRAHALL CONSULTING PARTNERS,
LLC,

    Defendants.

> Plaintiff's Motion for entry of default judgment is denied. A plaintiff seeking a default judgment shall proceed by way of Order to Show Cause and directed to follow ECF Rules. Clerk of the Court requested to terminate the motion (doc. 21). Dated: March 14, 2020
>
> SO ORDERED:
>
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

## MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST GRAHALL CONSULTING PARTNERS, LLC ONLY

Plaintiff TETRA IMAGES, LLC, by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant GRAHALL CONSULTING PARTNERS, LLC ("GCP") hereto on the ground that GCP has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. The Declaration of JOSEPH A. DUNNE in Support of Motion for Entry of Clerk's Default ("Dunne Decl.") filed concurrently herewith demonstrates that on October 22, 2019, GCP was served with the Summons and a copy of the Complaint by personal service, by serving its Registered Agent, (DOS Process) Amy McLaren, Corporate Operations Manager for the Corporation Trust Company, an agent designated by law for accepting service and located at 1209 Orange Street, Wilmington, DE 19801. The time allowed for GCP to respond to the Complaint has expired. Neither Plaintiff nor the Court has granted GCP an extension of time to

JUDGE ROMAN
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2020

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FLORIDA 33433

respond to the Complaint. GCP has failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

Plaintiff is informed and believes that GCP is a corporation and is not considered an infant or incompetent person. Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff Tetra Images, LLC requests that a default be entered by the Clerk against Defendant Grahall Consulting Partners, LLC and for such other and further relief as to the Court deems just and proper in the premises.

Dated: December 17, 2019            Respectfully submitted,

/s/ Joseph A. Dunne
JOSEPH A. DUNNE (JD0674)
NY Bar Number: 4831277
joseph.dunne@sriplaw.com

**SRIPLAW**
125 Maiden Lane
Suite 5C
New York, NY  10038
929.200.8446 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Tetra Images, LLC*