# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

TETRA IMAGES, LLC,

                 Plaintiff,

v.

GRAHALL PARTNERS, LLC AND
GRAHALL CONSULTING PARTNERS,
LLC,

                 Defendants.

**CASE NO.:  7:19-cv-05250-NSR**

**ORDER TO SHOW CAUSE FOR
DEFAULT JUDGMENT**

**THIS MATTER**, having been brought before the Court by plaintiff TETRA
IMAGES, LLC, by and through his attorney, Joseph A. Dunne, and the Court having reviewed
the Declaration of Joseph A. Dunne, the proposed default judgment, copies of all pleadings, a
copy of the affidavit service of the summons and complaint, and the Clerk's Certificate stating
that no answer has been filed;

      **IT IS** on this 23rd day of July, 2020,

      **ORDERED** that Defendant Grahall Consulting Partners, LLC show cause before the
Honorable Philip M. Halpern, United States District Judge, at Courtroom 12D of the United
States Courthouse, 500 Pearl Street, New York, NY 10007 on the 14th day of August, 2020, on
submission only, why an order should not be issued pursuant to Fed. R. Civ. P. 55 and Rule
55.2(b) of the Civil Rules for the Southern District of New York, in support of Plaintiff's
application for the entry of a default judgment:

1. granting Plaintiff's request that default judgment be entered against GRAHALL
   CONSULTING PARTNERS, LLC;

Case 7-19-cv-05260-PMH   Document 27   Filed in NYSD on 07/21/2020   Page 2 of 2

2.  awarding Plaintiff damages in the amount of $62,500.00 plus post-judgment interest for willful copyright infringement;

3.  awarding Plaintiff's costs in the amount of $663.97;

4.  awarding Plaintiff's attorney's fees in the amount of $3,472.50;

5.  and any further relief as the Court deems just and proper.

It is further **ORDERED** that service of a copy of this Order and supporting papers be made upon Defendant by first class mail by the 31st day of July, 2020 and such service shall be deemed good and sufficient service and Plaintiff shall provide proof of service on the docket by the 31st day of July, 2020; and

**ORDERED** that any opposition to the relief requested herein or other answering papers, if any, shall be served upon Plaintiff's counsel and the Court no later than the 14th day of August, 2020.

**SO ORDERED**.

Dated: New York,  New York
July 23, 2020

_____

HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE