# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TETRA IMAGES, LLC,

                Plaintiff,

  -against-                                   19 **CIVIL** 5250 (PMH)

                                              **DEFAULT JUDGMENT**

GRAHALL PARTNERS, LLC, et al.,

                Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 6, 2021, Plaintiff's motion for a default judgment is GRANTED IN PART. Specifically, the motion is granted to the extent Plaintiff is awarded: (1) statutory damages in the amount of $12,500; (2) reasonable attorneys' fees in the amount of $3,472.50; (3) costs in the amount of $400.00; and (4) post-judgment interest as calculated under 28 U.S.C. § 1961. Plaintiff's requests for pre-judgment interest and a permanent injunction are, however, denied; accordingly, this case is closed.

**Dated:** New York, New York

       July 7, 2021

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                                            **BY:**   *K. Mango*

                                                            **Deputy Clerk**